No. 02–997. MONTALVO ET AL. *v.* BORKOVEC ET AL. Ct. App. Wis. Certiorari denied.

· No. 02–1001. MESSINA *v.* JOHN LABATT LTD. ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1002. NICKLAS *v.* EAGLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–1004. ELVIN ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, SAN FRANCISCO COUNTY. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–1005. SEARLES ET AL. *v.* PATEL. C. A. 2d Cir. Certiorari denied.

No. 02–1008. NARTRON CORP. *v.* STMICROELECTRONICS, INC. C. A. 6th Cir. Certiorari denied.

No. 02–1009. SCICCHITANO ET AL., BY AND THROUGH THEIR PARENTS AND NATURAL GUARDIANS, SCICCHITANO ET UX., ET AL. *v.* MOUNT CARMEL, PENNSYLVANIA, AREA SCHOOL BOARD. C. A. 3d Cir. Certiorari denied.

No. 02–1013. BAU *v.* ACTAMED CORP. Ct. App. Ga. Certiorari denied.

No. 02–1014. BRASSICA PROTECTION PRODUCTS LLC ET AL. *v.* SUNRISE FARMS ET AL. C. A. Fed. Cir. Certiorari denied.

No. 02–1017. TRI-COUNTY CONCERNED CITIZENS ASSN. ET AL. *v.* CARR ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1020. HORTON *v.* CITY COLLEGES OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–1021. HARPER *v.* ALABAMA PERSONNEL BOARD ET AL. C. A. 11th Cir. Certiorari denied.